UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13 CR 338 RWS |
| | ) | |
| ROBERT M. PALMER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant Robert M. Palmer's Motion to Compel the Government to Provide Specific Responses to Discovery Requests [#41] and defendant Robert M. Palmer's Motion to Strike Suppress Surplusage from Indictment [#42]. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Frederick R. Buckles. An evidentiary hearing was held on November 18, 2013, and thereafter Judge Buckles filed his Reports and Recommendations regarding the defendant's motions [##57 and 58] on November 26, 2014.

I will adopt and sustain the thorough reasoning of Magistrate Judge Buckles set forth in support of his recommended rulings, each issued on November 26, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that the Reports and Recommendations of the

United States Magistrate Judge [## 57 and 58] are **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Robert M. Palmer's Motion to Compel the Government to Provide Specific Responses to Discovery Requests [#41] is granted.

**IT IS FURTHER ORDERED** defendant Robert M. Palmer's Motion to Strike Surplusage from Indictment [#42] is denied.

**IT IS FURTHER ORDERED** that the jury trial in this matter as to defendants Robert M. Palmer and Mark L. Driver remains set for **Monday, June 16, 2014 at 9:00 a.m.** in Courtroom 16-South.

                                      RODNEY W. SIPPEL
                                      UNITED STATES DISTRICT JUDGE

Dated this 29th day of May, 2014.